IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20416
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

WENDELL PRICE, SR,
also known as Jerry Wayne Powers,

Defendant-Appellant.

----------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-98-CR-310
----------
January 3, 2000

Before JONES, BARKSDALE AND DENNIS, Circuit Judges.

PER CURIAM:[*]

Wendell Price appeals the district court's finding that he did not substantially comply with the conditions of his plea agreement by tendering $13,000 in past due child support instead of the agreed upon amount of $15,000. We affirm for essentially the same reasons stated by the district court in its [final order/memorandum order].

_____

[*]

Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.